**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

December 7, 2004

Robert Spector, AUSA
United States Attorney's Office
157 Church Street
New Haven, CT 06510

      Re: Case Name: USA v Najja Lowe
           Number: 3:02cr152 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

      Joint Exhibits 1
      Government Exhibits 1-18

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                            Sincerely,

                            Kevin F. Rowe, Clerk

                          BY    /s/ Alice Montz
                               Alice Montz
                               Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____