**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

December 7, 2004

Jason P. Gladstone, Esq.
125 Main Street
Suite 440
Westport, CT 06880

        Re: Case Name: USA v Najja Lowe
                Number: 3:02cr152 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

        Defendant's Exhibits A-Z, RR2,RR3,RR5 - RR10

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                      Sincerely,

                      Kevin F. Rowe, Clerk

                  BY   /s/  Alice Montz
                      Alice Montz
                      Deputy Clerk

ACKNOWLEDGMENT:_____   DATE:_____